# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**BERESFORD BERTRAM, THERESA BERTRAM,** and
**TENECIA BERTRAM,**
Appellants,

v.

**MEDITERANIA TOWNHOMES HOMEOWNERS ASSOCIATION, INC.,**
Appellee.

No. 4D20-2277

[August 5, 2021]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Jeffrey R. Levenson, Judge; L.T. Case No. CACE 15-002631 (09).

Beresford Bryan Bertram, Theresa Bertram, and Tenecia Bertram, North Lauderdale, pro se.

Douglas H. Stein of Douglas H. Stein, P.A., Coral Gables, for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, LEVINE and KUNTZ, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***